UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORBIAN CORPORATION LIMITED AND RAGLAN CAPITAL LIMITED,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JAMES D. HOUSTON,<br><br>　　　　　　　　　　　Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS | Case No.:   24CV1014-W(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY MOTIONS ON EXISTING DISCOVERY**<br><br>**[ECF No. 35]** |

　　　　On October 7, 2024, the parties filed a Joint Motion for Extension of Time to File Discovery Motions on Existing Discovery.  ECF No. 29.  The parties sought to continue the October 9, 2024 deadline for filing discovery motions related to Defendant's Responses to Plaintiff's Interrogatories and Defendant's Responses to Plaintiff's Requests for Production served on September 9, 2024 to October 23, 2024.  Id. at 1.  In support, the parties stated that the extension was necessary to "facilitate meaningful and required meet and confer efforts in advance of motion practice" and that "all counsel agree that a brief extension of time to accommodate scheduling would be beneficial."  Id.  The parties noted that they have been unable to complete meet and confer efforts due to other discovery issues, the arbitration in New York, and the current and upcoming Jewish Holidays."  Id.

　　　　On October 7, 2024, the Court issued an Order Granting Joint Motion for Extension of

Time to File Discovery Motions on Existing Discovery.  ECF No. 30.  The Court ordered that any discovery motion related to Defendant's Responses to Plaintiff's Interrogatories and Defendant's Responses to Plaintiff's Requests for Production served on September 9, 2024 must be filed by October 23, 2024, any opposition to the motion must be filed by October 30, 2024, and any reply must be filed by November 6, 2024.  Id.

On October 18, 2024, the parties filed a second Joint Motion for Extension of Time to File Discovery Motions on Existing Discovery.  ECF No. 35.  The parties seek to continue the October 23, 2024 deadline for filing discovery motions related to Defendant's Responses to Plaintiff's Interrogatories and Defendant's Responses to Plaintiff's Requests for Production served on September 9, 2024 to October 30, 2024.  Id. at 3.  In support, the parties state that the extension is necessary to "facilitate meaningful and required meet and confer efforts in advance of motion practice" and that "all counsel agree that a brief extension of time to accommodate scheduling would be beneficial."  Id.  The parties note that they have been unable to complete meet and confer efforts due to other discovery issues, the arbitration in New York, and the current and upcoming Jewish Holidays."  Id.

Good cause appearing, the parties' motion is **GRANTED**.  Any discovery motion related to Defendant's Responses to Plaintiff's Interrogatories and Defendant's Responses to Plaintiff's Requests for Production served on September 9, 2024 must be filed no later than **October 30, 2024**.  Any opposition to the motion must be filed by **November 6, 2024** and any reply must be filed by **November 13, 2024**.  Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances will be required.

**IT IS SO ORDERED**.

Dated:  10/21/2024

Hon. Barbara L. Major
United States Magistrate Judge